# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff<br><br>v.<br><br>SATICOY BAY LLC SERIES 5501 WELLS CATHEDRAL, et al.,<br><br>Defendants | Case No. 2:15-cv-01507-JAD-VCF<br><br>**Order Discharging Obligations under the Order to Show Cause Why this Case Should Not Be Dismissed for Want of Subject-matter Jurisdiction** |

Questioning the sufficiency of the citizenship allegations in the complaint, I ordered plaintiff to show cause why this case should not be dismissed for want of subject-matter jurisdiction. ECF No. 13. Plaintiff timely responded and has established to the court's satisfaction that complete diversity exists in this case. *See* ECF No. 17.

Accordingly, with good cause appearing, IT IS HEREBY ORDERED that plaintiff's obligations under the order to show cause [ECF No. 13] are deemed to have been discharged.

Dated: April 20, 2016

_____
Jennifer A. Dorsey
United States District Judge