# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>         Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 5501 WELLS CATHEDRAL,<br><br>         Defendant. | 2:15-cv-01507-JAD-VCF<br>**MINUTE ORDER** |

Before the court is Defendant's Emergency Motion for a Protective Order Relating to the Rule 30(b)(6) Deposition of Saticoy Bay Series 5501 Wells Cathedral (ECF No. 24).

IT IS HEREBY ORDERED that a hearing on Defendant's Emergency Motion for a Protective Order Relating to the Rule 30(b)(6) Deposition of Saticoy Bay Series 5501 Wells Cathedral (ECF No. 24) is scheduled for 3:00 p.m., June 6, 2016, in courtroom 3D.

DATED this 2nd day of June, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE