MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
JASON J. ZUMMO
Nevada Bar. No. 13995
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jason.zummo@akerman.com

*Attorneys for plaintiff Nationstar Mortgage LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>SATICOY BAY LLC SERIES 5501 WELLS CATHEDRAL ET, AL<br><br>              Defendants. | Case No.: 2:15-cv-01507-JAD-VCF<br><br>SUBSTITUTION OF COUNSEL FOR NATIONSTAR MORTGAGE LLC |

Plaintiff Nationstar Mortgage LLC hereby consents to the substitution of Melanie Morgan, Esq. and Jason J. Zummo, Esq. of AKERMAN LLP as its counsel in the place and stead of WRIGHT, FINLAY & ZAK, LLP in the above-entitled matter.

DATED this ___ day of January, 2018.

NATIONSTAR MORTGAGE LLC

By: _____

Its:     A. J. Loll, Vice President
          Nationstar Mortgage LLC

Dana J. Nitz, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP consents to the substitution of Melanie Morgan, Esq. and Jason J. Zummo, Esq. of AKERMAN LLP as counsel of record in its place and stead on behalf of plaintiff Nationstar Mortgage LLC.

DATED this 26th day of January, 2018.

WRIGHT, FINLAY & ZAK, LLP

_____
DANA J. NITZ, ESQ.
Nevada Bar No. 000050
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117

Melanie Morgan, Esq. and Jason J. Zummo, Esq. of the law firm AKERMAN LLP consent to substitution as counsel of record for plaintiff Nationstar Mortgage LLC.

DATED this 16 day of January, 2018.

AKERMAN LLP

_____
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JASON J. ZUMMO
Nevada Bar. No. 13995
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

ORDER

IT IS SO ORDERED:

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate
DATED: _____

January 30, 2018

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the SUBSTITUTION OF COUNSEL FOR NATIONSTAR MORTGAGE, addressed to:

Eric S. Powers, Esq.
Dana Jonathon Nitz, Esq.
Wright, Finlay & Zak, LLP
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
*Attorneys for Plaintiff*

Michael F. Bohn, Esq.
Law Office of Michael F. Bohn
376 East Warm Springs Rd., Ste. 140
Las Vegas, NV 89119
*Attorney for Defendant and Counter Claimant Saticoy Bay LLC Series 5501 Wells Cathedral*

/s/ Doug D. Sayre
An Employee of Akerman LLP

3